WILSON v. BAKER–WHITELEY COAL CO. THE HELENUS. THE BRITANNIA. THE M. MITCHELL DAVIS. (Circuit Court of Appeals, Fourth Circuit. May 5, 1919.) No. 1687. Appeal from the District Court of the United States for the District of Maryland, at Baltimore. For opinion below, see 251 Fed. 391. See, also, 262 Fed. 1016, —— C. C. A. ——. George

Forbes, of Baltimore, Md., for appellant. Harry N. Abercrombie, of Baltimore, Md., for appellee.

PER CURIAM. Cause dismissed, under rule 20 (233 Fed. xiii, 146 C. C. A. xiii), in accordance with agreement of counsel.